IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BOBBY EDWARD WALKER**                                               **PLAINTIFF**

**V.**                                                         **CAUSE NO. 1:08CV292-A-D**

**JIM H. JOHNSON, TONY CARLETON,
DOROTHY M. DANIELS, M. BRIDGES, HAROLD
COFFIN, Individually and in His Official Capacity,
CHRIS NOLDEN, Individually and in His Official
Capacity, BRIAN HALL, Individually and in His
Official Capacity, and LEE COUNTY BOARD OF
SUPERVISORS**                                           **DEFENDANTS**

## DEFENDANTS JIM H. JOHNSON, DOROTHY MCDANIEL, MITCHELL BRIDGES, LEE COUNTY SHERIFF'S DEPARTMENT, AND TONY CARLETON'S AMENDED ANSWER TO COMPLAINT

**COMES NOW** Defendants, Jim H. Johnson, Dorothy McDaniel, Mitchell Bridges, Lee County Sheriff's Department, and Tony Carleton, by and through counsel of record and files this their Amended Answer to the Plaintiff's Complaint.

1. These Defendants adopt all previous admissions, denials, and affirmative defenses set out in their original Answer.

### FIFTH DEFENSE

2. The claims in the Plaintiff's Complaint, which allegedly occurred on or before December 17, 2005 are barred by the applicable statute of limitations.

Respectfully submitted, this the 26th day of May, 2009.

824400

        **JIM H. JOHNSON, DOROTHY MCDANIEL, MITCHELL BRIDGES, LEE COUNTY SHERIFF'S DEPARTMENT, and TONY CARLETON, Defendants**

        BY:   /s/ William C. Murphree
        **WILLIAM C. MURPHREE, MSB #3661**
        **MICHAEL D. CHASE, MSB #5969**
        **GARY L. CARNATHAN, MSB #5878**

**OF COUNSEL:**

| | |
|---|---|
| **MITCHELL, MCNUTT & SAMS, P.A.** | **CARNATHAN & MCAULEY** |
| **P.O. BOX 7120** | **P.O. DRAWER 70** |
| **105 S. FRONT STREET** | **TUPELO, MS 38802** |
| **TUPELO, MS 38802-0070** | **(662) 842-3321** |
| **(662) 842-3871** | **(662) 842-3324 FAX** |
| **(662) 842-8450 FAX** | carnathanlaw@redmagnet.com |
| bmurphree@mitchellmcnutt.com | |
| mchase@mitchellmcnutt.com | |

824400

## **CERTIFICATE OF SERVICE**

I, William C. Murphree, one of the attorneys for Defendants, Lee County, Mississippi, Jim H. Johnson, and Lee County Sheriff's Department do hereby certify that I have this day served a true and correct copy of the above and foregoing *Defendants Jim H. Johnson, Dorothy McDaniel, Mitchell Bridges, Lee County Sheriff's Department, and Tony Carleton's Amended Answer to Complaint* on the following party by First Class United States Mail, postage prepaid, addressed as follows:

> Bobby Edward Walker
> 04005
> Unit 28- B-Zone
> Parchman, MS 38738

DATED, this the 26th day of May, 2009.

                /s/ William C. Murphree
              WILLIAM C. MURPHREE

824400