IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BOBBY EDWARD WALKER                                                                          PLAINTIFF

v.                                                                                                      No. 1:08CV292-B-D

JIM H. JOHNSON, ET AL., ET AL.                                                              DEFENDANTS

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated March 9, 2009, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 9, 2009, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the plaintiff's claims against defendants Morgan, Smith, Duke, Ivy, Weeks, and the Board of Supervisors are hereby **DISMISSED** with prejudice.

3. That the plaintiff's claims of excessive force and denial of medical care against defendants Johnson, Carleton, McDaniels, Bridges, Caffin, Nolden and Hall shall proceed.

THIS, the 24th day of June, 2009.

/s/ Neal Biggers
_____
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE