IN THE UNITED STATE DISTRICT COURT, NORTHERN DISTRICT, MISSISSIPPI.

FILED
DEC 31 2009
DAVID CREWS, CLERK
By_____ Deputy

Bobby Edward Walker　　　　　　　　　　　　　　　　　　　PLAINTIFF

V.　　　　　　　　　　　　　CIVIL ACTION NO. 1:08CV292-A-D

Jim H. Johnson, Tony Carleton,　　　　　　　　　　　　　DEFENDANTS
Dorothy M. Daniels, Michell Bridges,
Harold Coffin, Individually and in their Official Capacity.
Chris Nolden, Individually and in his Official Capacity.
Brian Hall, Individually and in his Official Capacity.

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. §1915(e)(1), Plaintiff Bobby Walker, Moves for an order appointing Counsel to represent him in this case. In support of this motion, Plaintiff states:

(1). Plaintiff is unable to afford Counsel. He has requested leave to proceed in Forma pauperis.

(2). Plaintiff's imprisonment has greatly limited his ability to leitigate. The issues involved in this case are Complex, and will require more significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law. however, Plaintiff did submitt a rough draft of a Certified copy of a Motion to Compel his jail records, Medical records and other documents to the District Court, The Lee County Circuit Clerk's Office and the Lee County Sheriff's Department. Plaintiff has yet to receive any such records, Tapes, Films and other documents.

(3). A trial in this Case will likely involve conflicting testimony, and Counsel would better enable plaintiff to present evidence and Cross examine witnesses.

(4). Plaintiff has made repeated efforts to obtain a lawyer. Attached to this Motion are the names and addresses of the attorneys plaintiff wrote and sent copies of his Case to requesting their representation but to no avail.

WHEREFORE, plaintiff request that the Court appoint attorney Eugene Tullos or attorney Jim Waide, both attorneys a member of the Mississippi Bar, as Counsel in this Case.

Eugene Tullos
Attorney At Law
126 Main Street
P.O. Box 74
Raleigh, MS. 39153

Jim Waide
Attorney At Law
332 N. Spring St.
P.O. Box 1357
Tupelo, MS. 38801
(662) 842-7324

Respected Submitted

This the 29 day of Dec. 2009.

Bobby Edward Walker
M.S.P. Unit 25, C-Zone, Bed 123
Parchman, MS. 38738

<u>Attorneys Plaintiff Requested to take his Case.</u>

Waide and Associates. PA.
 Attorney At Law
332 N. Spring St.
Post Office Box 1357
Tupelo. MS. 38801
(662) 842-7324

Attorney Eugene "Gene" Tullos
 Attorney At Law
126 Main Street
Post Office Box 74
Raleigh. MS. 39153

The Law Firm OF
Dr. Bede Anyanwu
Attorney & Counselors At Law
50 Stonebridge Blvd. Suite 8.
Jackson. TN. 38305
(731) 512-0176

Beasley Allen. P.C.
218 Commerce St.
Post Office Box 4160
Montgomery. Alabama 36103-4160
(334) 269-2344
(800) 898-2034
Fax: (334) 954-7555

<u>Respected Submitted</u>

Bobby Walker #04005
M.S.P. Unit 25-C-Zone, Bed 133
Parchman, MS. 38738

GREENVILLE MS

RECEIVED 30 DEC 2009

DEC 31 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Pro Se Law Clerk's
U.S. District Cou
Post Office Box
Aberdeen, MS. 39

397304+0704