**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**BOBBY EDWARD WALKER**                                                          **PLAINTIFF**

**V.**                                         **NO. 1:08CV292-B-D**

**JIM H. JOHNSON, et al.**                                                      **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated March 23, 2010, was on that date duly served by mail upon Plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation (docket entry 88) of the United States Magistrate Judge dated March 23, 2010, is hereby APPROVED and ADOPTED as the opinion of the court;

2) Defendant Harold Chaffin is DISMISSED with prejudice; and

3) This matter shall proceed as to the remaining Defendants.

THIS the 12th day of April, 2010.

                                                           /s/ Neal Biggers

                                                           NEAL B. BIGGERS
                                                           SENIOR U.S. DISTRICT JUDGE