IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BOBBY EDWARD WALKER                                                                        PLAINTIFF

V.                                                                                         NO. 1:08CV292-B-D

JIM H. JOHNSON, et al.                                                                    DEFENDANTS

ORDER OVERRULING OBJECTIONS and ADOPTING
REPORT AND RECOMMENDATION

The plaintiff, an inmate proceeding pro se, filed this complaint pursuant to 42 U.S.C. § 1983. The plaintiff's complaint included a claim for excessive use of force and denial of adequate medical care. Following an evidentiary hearing, the Magistrate Judge submitted a report recommending the dismissal of the complaint for failure to state a claim. The plaintiff has filed objections to the report and recommendation.

The court finds that for reasons stated in the Report and Recommendation dated July 27, 2010, the plaintiff's objections are not well taken.

THEREFORE, it is hereby ORDERED that

(1) the plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

(2) the Report and Recommendation (docket entry 99) is APPROVED and ADOPTED as the opinion of this court;

(3) the complaint is DISMISSED with prejudice; and

(4) this matter is CLOSED.

SO ORDERED, this the 30th day of August, 2010.

/s/ Neal Biggers
_____
NEAL B. BIGGERS
SENIOR U.S. DISTRICT JUDGE